### JERRY SHELTON v. THE STATE.

No. 1600.   Decided March 6, 1912.

**Gaming—Indictment.**

Where the indictment charged that the defendant unlawfully bet at a game played with cards without alleging where the game was played, the same was insufficient. Following Chapman v. State, 63 Texas Crim. Rep., 494.

Appeal from the County Court of Hood. Tried below before the Hon. J. P. Mahan.

Appeal from a conviction of a violation of the game law; penalty, a fine of $10.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

DAVIDSON, PRESIDING JUDGE.—The charging part of the indictment in this case is as follows: " . . . Jerry Shelton on or about the 10th day of October, A. D. One Thousand Nine Hundred and Ten and anterior to the presentment of this indictment, in the County of Hood and State of Texas, did unlawfully bet at a game played with cards, against the peace and dignity of the State." This indictment, under the authority of Chapman v. State, 63 Texas Crim. Rep., 494, decided at the present term of court, is fatally defective.

The judgment is reversed and the prosecution dismissed.

*Dismissed.*